# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal Number:** |
| | : | |
| **v.** | : | |
| | : | |
| | : | **VIOLATIONS: 18 U.S.C. §1920** |
| **CHARLES E. INGRAM,** | : | **(False Statement to Obtain Federal** |
| | : | **Compensation)** |
| | : | **18 U.S.C. §2 (Causing an Act to be Done)** |
| | : | |
| **Defendant.** | : | |

INFORMATION

The United States Attorney informs the Court that:

Count One

At all relevant times:

1.      The United States Department of Labor ("DOL") was a department of the Executive branch of the United States Government.  DOL's Office of Worker's Compensation Programs ("OWCP") administered major disability compensation programs which provide wage replacement benefits, medical treatment, vocational rehabilitation, and other benefits for federal government employees who became disabled during the performance of their duties.

2.      To determine continued eligibility for benefits, DOL required disabled employees to annually complete and sign OWCP Form EN 1032 ("Form 1032").  This form required the employee seeking benefits to answer questions including: "Did you work for any employer during the past 15 months?" and "Were you self-employed or involved in any business enterprise in the past 15 months?"  Disabled employees were required to certify that the statements in response to these questions were true and correct.  In addition, Form 1032 informed the employee that a person who fraudulently concealed or failed to report income or other information which would have an effect

on benefits would be subject to criminal prosecution. Moreover, a disabled federal employee receiving OWCP workers' compensation payments was required to immediately advise OWCP of any return to work, either part-time or full-time, or other information which had an effect or his continued eligibility for benefits.

3.     Defendant CHARLES E. INGRAM, was employed as a museum protection officer by the Smithsonian Institution in Washington, D.C. A museum protection officer is a security officer whose responsibilities include preventing theft and vandalism and ensuring the safety and security of Smithsonian staff and visitors and protecting the Smithsonian treasures, property and grounds. On or about May 4, 2001, INGRAM reported an on-the-job injury that, based upon the records he submitted, rendered him disabled. Because of his disability, INGRAM began receiving OWCP workers' compensation benefits in September 2001. To continue to receive these benefits, INGRAM was required to annually submit Forms 1032.

4.     Beginning in at least November 2003, and continuing through February 2008, INGRAM submitted Forms 1032 in which he failed to disclose that he was able to work and had been employed as an armed security guard for private security firms in Washington, D.C. INGRAM submitted and caused to be submitted OWCP Forms 1032 dated November 10, 2003, September 26, 2005, August 14, 2006, and August 24, 2007. In addition, on or about February 22, 2008, INGRAM resubmitted to OWCP a revised version of the Form 1032 dated August 24, 2007. INGRAM revised page one of this form to indicate that he had been self-employed doing 'light painting.' This Form 1032 continued to omit any indication that INGRAM had been working as an armed security guard and compensated by private security firms. Furthermore, the certification section of this form, signed by INGRAM and dated September 24, 2007, was the exact same page INGRAM previously

submitted with Form 1032 dated August 24, 2007.  From November 2003 to February 2008, INGRAM was paid at least $87,000 in disability benefits.

5.       On or about February 22, 2008, in the District of Columbia and elsewhere, CHARLES E. INGRAM, defendant, did knowingly and willfully falsify and conceal a material fact in connection with an application for and receipt of federal worker's compensation and other benefit and payment.  That is, he submitted and caused to be submitted to OWCP a materially false Form 1032 on which he indicated that in the previous 15 months, he had not worked for another employer and had no earnings, when in truth and in fact, he had been employed as an armed security guard for private security firms and had earned approximately $42,000 during that time frame.

**(False Statement to Obtain Federal Compensation and Causing an Act to be Done, in violation of Title 18, United States Code, Sections 1920 and 2)**

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. 498610


By_____/s/_____
    Ronald W. Sharpe
    Assistant United States Attorney
    D.C. Bar No. 434575
    Fraud and Public Corruption Section
    555 4th St., N.W., Room 5828
    Washington, D.C.  20530
    (202) 353-9460