UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | Civil Action No. 08-cr-257 (ESH) |
| ) | |
| CHARLES E. INGRAM, ) | **FILED** |
| ) | OCT 0 6 2008 |
| Defendant.  ) | |
| ) | NANCY MAYER WHITTINGTON, CLERK |
|   **ORDER** | U.S. DISTRICT COURT |

In a hearing before Magistrate Judge Facciola on September 16, 2008, defendant Charles E. Ingram entered a plea of guilty. On that date, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 57.19(b) ("Any party may file written objections to the magistrate judge's proposed findings and recommendations . . . within ten days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

*/s/ Ellen S. Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:   October 6, 2008